COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of E.L.A. III and A.J.E.A., Children

Appellate case number:    01-18-00751-CV

Trial court case number:    2017-03501J

Trial court:              313th District Court of Harris County

This appeal involves the termination of the parent-child relationship. Accordingly, this Court is required to bring the appeal to final disposition within 180 days of August 20, 2018, the date the notice of appeal was filed, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. (Vernon 2013).

The reporter's record was due in this appeal on August 30, 2018. *See* TEX. R. APP. P. 28.4, 35.1. After the court reporter requested two extensions of time, the reporter's record was due to be filed no later than September 20, 2018, with no further extensions. However, a reporter's record has not been filed. **The reporter's record is due to be filed no later than MONDAY, OCTOBER 1, 2018.** *See* TEX. R. APP. P. 28.4(b)(2), 35.3(c). **No extensions will be granted.**

**If the reporter's record is not filed as directed, we may abate the appeal and remand the case to the trial court to conduct a hearing to determine the reason for the failure to file the reporter's record in this appeal.**

It is so ORDERED.

Judge's signature: __/s/ Russell Lloyd_____
                            ☑ Acting individually

Date: September 24, 2018_____